MONTEMURO, J., is sitting by designation.

661 A.2d 864

**OFFICE OF DISCIPLINARY COUNSEL, Petitioner,**

v.

**David S. FISHBONE, Respondent.**

**No. 16 Disciplinary Docket No. 3.**
**Disciplinary Board No. 25 DB 94.**

Supreme Court of Pennsylvania.

May 31, 1995.

### ORDER

PER CURIAM:

AND NOW, this 31st day of May, 1995, there having been filed with this Court by David S. Fishbone his verified State-

---

ment of Resignation dated April 27, 1995, stating that he desires to resign from the Bar of the Commonwealth of Pennsylvania in accordance with the provisions of Rule 215, Pa.R.D.E., it is

ORDERED that the resignation of David S. Fishbone be and it is hereby accepted and he is DISBARRED ON CONSENT from the Bar of the Commonwealth of Pennsylvania; and it is further ORDERED that he shall comply with the provisions of Rule 217, Pa.R.D.E. Respondent shall pay costs, if any, to the Disciplinary Board pursuant to Rule 208(g), Pa.R.D.E.

MONTEMURO, J., is sitting by designation.